BANK OF MANHATTAN TRUST COMPANY, as Successor Corporate Trustee by Merger to AMERICAN TRUST COMPANY, under a Certain Mortgage or Deed of Trust Made by GRASSMAY BUILDING CORPORATION, Dated November 15, 1924, Appellant, v. GRASSMAY BUILDING CORPORATION and Others, Defendants, and CHARLES C. MOORE, as Individual Trustee, under a Certain Mortgage or Deed of Trust Made by GRASSMAY BUILDING CORPORATION, Dated November 15, 1924, Respondent.— Order amending complaint by striking respondent's name

therefrom as a party defendant, adding his name as a party plaintiff, and granting him leave to file and serve amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.